# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0039.  TRAVIS TRAMMELL v. KEISHA BOGAN TRAMMELL.

Travis Trammell has shown that he is entitled to a writ of supersedeas pursuant to OCGA § 5-6-13 in the underlying contempt action by submitting an application and written notice of his intention to seek an appeal. *Binkley v. Flatt*, 256 Ga. App. 263, 265-266 (2) (568 SE2d 95) (2002). Under this statute, the trial court's enforcement of its contempt order is halted as a matter of right. *Calvert Enterprises, Inc. v. Griffin-Spalding County Hosp. Auth.*, 197 Ga. App. 727, 729 (1) (399 SE2d 287) (1990). Although the trial court granted his application for supersedeas, it included a supersedeas bond to be paid by him seemingly in contravention of OCGA § 5-6-46 (a), which states that "it shall not be necessary that a supersedeas bond or other form of security be filed" unless the appellee files a motion seeking one.

Because this issue involves the incarceration of a litigant, which cannot be undone if we find error in a docketed appeal, we (noting the expedited nature of this proceeding) find that it justifies the use of our inherent authority under Court of Appeals Rule 40 (b). Accordingly, we hereby GRANT Trammell's emergency motion and order the trial court, the Superior Court of Cobb County, to VACATE its order granting a supersedeas bond, and issue an order granting Trammell's application for supersedeas without such bond required.



*Court of Appeals of the State of Georgia*

> *Clerk's Office, Atlanta,___03/14/2023_____*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen_____ *, Clerk.*